133 F.3d 909
 F.A. Properties Corporation, Information Management Group,
Agnes Atuahene
v.
City of Philadelphia, Thorne Equipment Co., Rankin, Officer,
Badge No. 4000, Police Officer of City of Philadelphia,
Wilson, Officer, Badge No. 2647, Police Officer of City of
Philadelphia, Robert Solvible, City of Philadelphia Chief,
Contractual Services Unit, Department of Licenses and
Inspections, Joe Doe, Employee of Department of Licenses and
Inspections, F.A.
 NO. 97-1276
 United States Court of Appeals,
Third Circuit.
 Nov 25, 1997
 
 Appeal From: E.D.Pa. ,No.96cv01248 ,
 Padova, J.
 
 
 1
 lina
 
 
 2
 Affirmed.